UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ROBERTO SANCHEZ,

Defendant.

**ORDER**

19 Cr. 469 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant, previously scheduled for May 27, 2020, will now take place on **July 27, 2020 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       May 11, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge