UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ROBERTO SANCHEZ,

              Defendant.

**ORDER**

19 Cr. 469 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the Defendant's sentencing, previously scheduled for November 13, 2020, will now take place on **February 5, 2021 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         October 28, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge