UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>Roberto Sanchez,<br><br>　　　　　　Defendant. | **Order of Restitution**<br><br>19 Cr. 469 (PGG) |

Upon the application of the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, Michael K. Krouse, Sheb Swett, and Juliana N. Murray, Assistant United States Attorneys, of counsel; the presentence investigation report; the Defendant's conviction on Count One and Count Two of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

**Amount of Restitution.** Roberto Sanchez, the Defendant, shall pay restitution in the total amount of $27,500 to the victims of the offense charged in Count Two of the Information. The names, addresses, and specific amounts owed to each victim is set forth in the schedule attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

Dated: New York, New York
　　　　　April 23, 2021

_____
HON. PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE

09.10.2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Roberto Sanchez,

                Defendant.

**Schedule for Order of Restitution**

**19 Cr. 469 (PGG)**

| Name | Address | Loss Amount |
|---|---|---|
| Medicare | CMS<br>Division of Accounting Operations<br>P.O. Box 7520<br>Baltimore, MD 21207-0502 | $15,000 |
| Medicaid | New York State Department of Health<br>New York State Office of the Medicaid Inspector General<br>Bureau of Collections Management<br>800 North Pearl Street<br>Albany, NY 12204 | $12,500 |

09.10.2013